UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Russell Eugene Wolf, | Case No. 22-CV-0194 (PJS/JFD) |
| Petitioner, | |
| v. | ORDER |
| J. Fikes, Warden; and BOP, | |
| Respondents. | |

This matter is before the Court on the Report and Recommendation issued on December 12, 2022 (Dkt. No. 17).  No objections have been filed in the time period permitted.  Based on the Report and Recommendation and all of the files, records, and proceedings herein, the Court now make and enters the following Order:

1. The Report and Recommendation (Dkt. No. 17) is ADOPTED; and

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 10, 2023

                                                      s/Patrick J. Schiltz
                                                    Patrick J. Schiltz, Chief Judge
                                                    United States District Court